FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 4 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-CR-3333 WJ |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1152 and 1111: Second |
| | ) | Degree Murder. |
| MALCOLM TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about September 7, 2019, in Indian Country, in Rio Arriba County, in the District of

New Mexico, the defendant, **MALCOLM TORRES**, unlawfully killed Jane Doe, an Indian, with

malice aforethought.

In violation of 18 U.S.C. §§ 1152 and 1111.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

3/15/16   10:10 am