# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 19cr3333 WJ | UNITED STATES vs. Torres | |
| Hearing Date: | 10/28/2019 | Time In and Out: | 9:39-9:42 & 9:53-9:56 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | Malcolm Torres | Defendant's Counsel: | Margaret Katze for initial purposes only |
| AUSA: | David Cowen and Holland Kastrin | Pretrial/Probation: | D. Ramos |
| Interpreter: | N/A | Witness: | |

### Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain      ☐ Government does not recommend detention
- ☒ Set for Arraignment/Detention Hearing    on Tuesday, October 29, 2019    @ 9:30

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause      ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives Detention Hearing
- ☐

### Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

### Other

- ☐ Matter referred to      for Final Revocation Hearing
- ☐