IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 19-CR-3333 WJ |
| | ) | |
| vs. | ) | |
| | ) | |
| **MALCOLM TORRES**, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED SCHEDULING ORDER

This matter comes before the Court on the parties' joint motion to amend the scheduling order in the matter. The Court, having reviewed the motion, and noting that it is jointly filed, finds that the motion is well-taken. Accordingly, the Court hereby enters the following amended scheduling order to govern the pretrial and trial deadlines in this matter:

1. June 22, 2020:  Fed. R. Crim. P. 12(b)(3) & Rule 12.2 notice deadline.

2. July 6, 2020:  Responses to Rule 12(b)(3) motions.

3. July 13, 2020:  Government's and defense expert witness notices and reports.

4. July 20, 2020: Replies to Rule 12(b)(3) motions.

5. July 27, 2020:  Government and defense objections to expert witness(es)/ *Daubert* motions.

6. August 10, 2020:  Government and defense responses to objections to expert witness(es)/ *Daubert* motions.

7. August 24, 2020:  Government and defense replies to responses re expert witness objections / *Daubert* motions; Fed. R. Crim. P. 404(b) notices; motions in limine.

8. September 7, 2020:  Responses to Rule 404(b) / motions in limine; proposed jury instructions; proposed *voir dire*; disclosure of witness and exhibit list; *Jencks Act* disclosures.

9. <u>September 21, 2020</u>: Replies re Rule 404(b) / motion in limine; objections to jury instruction, voir dire, witness and exhibit list.

10. <u>September 28, 2020</u>, at 9:00am: Pretrial conference.

11. <u>October 19, 2020</u>, at 9:00 am: Jury selection/trial.

The Court further orders, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), that such time between the entry of this order and the commencement of trial should be excluded for purposes of the Speedy Trial Act.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE