# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 19-CR-3333-WJ |
| MALCOLM TORRES, | § § | |
| Defendant. | § § | |

## NOTICE OF LODGING OF VIDEO

TO THE ABOVE CAPTIONED COURT, PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

Defendant, Malcolm Torres, hereby gives notice that he is lodging a CD copy of Defendant's Exhibit A with the Court in connection with his Reply filed January 3, 2021 (Doc. 120) to his Motion Second to Suppress Evidence. (Doc. 103). CD copies of the exhibit– a clip of a lapel video from the Rio Arriba County Sheriff's Office – will be delivered to the Court's Clerk's Office via our usual court run.

Dated: January 10, 2023.

| | |
|---|---|
| I HEREBY CERTIFY THAT on January 10, 2023, I placed in the court run, which caused the following parties to be served: AUSA Jack Burkhead. | Respectfully submitted, Buck Glanz FEDERAL PUBLIC DEFENDER 111 Lomas NW, Suite 501 Albuquerque, NM 87102 (505) 346-2489 |
| /s/ filed electronically | /s/ filed electronically on 1/10/23 Buck Glanz, AFPD Attorney for Defendant |