IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | No.  CR 1:19-03333-001 WJ |
| **MALCOM TORRES,** | § § § | |
| Defendant. | § § | |

### Defendant Malcolm Torres' response to the <br> United States' motion in limine to prohibit discussion of plea negotiations <br> (Doc. 128)

 Malcolm Torres by and through his attorneys of record, Assistant Federal Public Defenders Buck Glanz and Aric G. Elsenheimer, files this response to the government's motion *in limine* to prohibit discussions of plea negotiations in front of the jury (Doc. 128). The government, in its first motion in limine, sought for a similar ruling. In section 3 of that motion, the government asked the Court to "preclude the Defendant and his counsel from introducing any evidence, making any statement, or asking any questions regarding the occurrence and/or substance of any plea negotiations that may or may not have taken place while the jury is present, as such matters are not proper concerns for the jury." (Doc. 111 at 2). The defense indicated it had no objection. (Doc. 122).

1

The government's motion in limine to prohibit discussions of plea negotiations (Doc. 128) makes similar request. The defense has no objection to this.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas Blvd., NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
aric_elsenheimer@fd.org
buck_glanz@fd.org

*Electronically filed January 12, 2023*
/s/ Buck Glanz
/s/ Aric G. Elsenheimer
Assistant Federal Public Defenders
Attorneys for Defendant